**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA : **CR 08 32 ML**

v. : CR. No:
: In violation of 18 U.S.C.
: § 2113(a)and (d

ALBERTO DeJESUS REYES :

FILED
APR 02 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INDICTMENT**

The Grand Jury charges:

That on or about January 31, 2008, in the District of Rhode Island, the defendant, ALBERTO DeJESUS REYES, by force, violence, and intimidation, did knowingly take from the person and presence of another money, to wit: approximately $26,634.00 (twenty six thousand six hundred thirty four dollars), belonging to and in the care, custody, control, management, and possession of Domestic Loan & Investment Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, by assaulting a person by use of a dangerous weapon or device.

In violation of 18 U.S.C. § 2113(a) and (d).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Date: 2 April, 2008