IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No.08-32ML |
| | ) | |
| ALBERTO DeJESUS REYES | ) | |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT**

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Zechariah Chafee, Assistant United States Attorney, and moves to dismiss the instant indictment for Armed Robbery of Federally Insured Bank on grounds that on February 18, 2008 defendant Alberto DeJesus Reyes pleaded nolo contendere in Providence County Superior Court to First Degree Robbery, a State of Rhode Island charge based on the actions which form the basis of the instant federal indictment. Defendant received a sentence of twenty years incarceration with eight years to serve and twelve years suspended with twelve years of probation.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. ) CR No.08-32ML
)
ALBERTO DeJESUS REYES )

**ORDER OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon consideration of the government's motion to dismiss, said motion is granted. The above-referenced Indictment is hereby dismissed.

SO ORDERED.

Per Order,

____________________________
DEPUTY CLERK

________________________
MARY L. LISI
CHIEF JUDGE
U.S. DISTRICT COURT JUDGE

DATED: ________________