**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. ) CR No.08-32ML
)
ALBERTO DeJESUS REYES )

**ORDER OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon consideration of the government's motion to dismiss, said motion is granted. The above-referenced Indictment is hereby dismissed.

SO ORDERED.

Per Order,

Barbara B

DEPUTY CLERK

Mary M. Lisi

MARY M. LISI
CHIEF JUDGE
U.S. DISTRICT COURT JUDGE

DATED: April 4, 2008